UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CAROL L. HILL,<br><br>       Plaintiff,<br><br>v.<br><br>WEBER & OLCESE, P.L.C., MICHAEL J. OLCESE, and PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>       Defendants. | Case No.: 1:17-cv-00812-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## NOTICE OF SETTLEMENT

Defendants Weber & Olcese, P.L.C., Michael J. Olcese and Portfolio Recovery Associates, LLC (together, "Defendants"), by and through undersigned counsel, hereby inform the court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.

Defendant therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179

Dated: December 20, 2017            charity.olson@brockandscott.com

1

2

## **CERTIFICATE OF SERVICE**

      I, Charity A. Olson, hereby state that on December 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
